UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

Nicolas Squires,
Plaintiff,
v.
Lancaster County Prison, et al.,
Defendants.

Civil Action No. _____

---

COMPLAINT

1. Jurisdiction and Venue

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and laws of the United States, including claims under 42 U.S.C. § 1983 for violations of civil rights. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the events giving rise to this action occurred in Lancaster County, Pennsylvania.

---

2. Parties

Plaintiff: Nicolas Squires, an individual who was incarcerated at Lancaster County Prison during the events described herein.

Defendants: Lancaster County Prison, its administration, corrections officers, medical staff, and contracted vendors who engaged in, directed, or allowed the violations set forth in this Complaint.

---

3. Statement of Facts

a. Plaintiff was incarcerated at Lancaster County Prison from approximately May 15th to July 10, during which he was subjected to unlawful, abusive, and corrupt practices by Defendants.

b. Plaintiff was possibly arrested without a valid bench warrant, violating his due process rights under the Fourteenth Amendment.

c. During his incarceration, Plaintiff was drugged after drinking hot water provided by the prison, which caused him to pass out. Plaintiff was amounting to medical malpractice, abuse, and cruel and unusual punishment.

d. Defendants engaged in a cover-up operation, obstructing justice, conspiring with others, and suppressing reports of misconduct. Plaintiff's complaints and reports were disregarded by outside law enforcement and the FBI, who failed to act.

e. Plaintiff has reason to believe that Lancaster County Prison guards bribed members of the media and law enforcement to suppress coverage and prevent accountability, further obstructing justice.

f. Plaintiff was subjected to a system of corruption and conspiracy, including abuse by corrections staff, wrongful medical treatment, and coordinated efforts to conceal misconduct.

g. Lancaster County Prison also operates a tablet subscription scheme in coordination with contracted vendors. Inmates are charged between $30 and $20 and $5 to $8 for access to music, games, movies, and television shows under a three-tier system. However, much of the content provided consists of bootlegged and unlicensed media.

h. This tablet/media scheme constitutes:

Copyright infringement under 17 U.S.C. § 106, including unlawful reproduction, distribution, public performance, and derivative works.

DMCA violations under 17 U.S.C. § 1201, through circumvention of digital protections.

Fraudulent misrepresentation and deceptive practices, as inmates are led to believe they are paying for licensed content.

Unjust enrichment, as Defendants and their vendors profit from illegal distribution without reinvesting proceeds for inmate benefit.

A pattern of racketeering activity (RICO) through ongoing unlawful profiteering at the expense of incarcerated individuals.

I. None of the profits from the tablet system go toward rehabilitation, welfare, or inmate services; instead, they are siphoned off in furtherance of the prison's corrupt practices.

---

4. Claims for Relief

Count I – Violation of Civil Rights (42 U.S.C. § 1983)
Defendants, acting under color of state law, violated Plaintiff's constitutional rights, including freedom from cruel and unusual punishment and deprivation of liberty without due process.

Count II – Due Process Violations
Plaintiff was arrested and incarcerated without lawful procedure, possibly without a valid bench warrant, in violation of the Fourteenth Amendment.

Count III – Eighth Amendment Violations
Defendants engaged in cruel and unusual punishment through forced drugging, abuse, and medical neglect.

Count IV – Medical Malpractice and Abuse
Defendants and cooperating institutions, including PPI, failed to provide proper medical care and wrongfully administered psychiatric medication and misdiagnosis.

Count V – Obstruction of Justice and Conspiracy
Defendants engaged in cover-ups, collusion, and suppression of evidence to protect staff misconduct and silence Plaintiff.

Count VI – Bribery and Corruption
Prison guards and officials bribed media and law enforcement to suppress coverage of prison misconduct, violating state and federal law.

Count VII – Fraudulent Misrepresentation and Deceptive Practices
Through the prison tablet system, Defendants deceived inmates into paying for unlicensed media.

Count VIII – Copyright Infringement and DMCA Violations
Defendants unlawfully reproduced, distributed, and profited from copyrighted works without license, in violation of federal law.

Count IX – Unjust Enrichment
Defendants profited from illegal schemes, including tablet subscriptions, without providing benefit to inmates.

Count X – Racketeering (RICO Violations)
Defendants engaged in a coordinated pattern of unlawful activity, including fraud, bribery, obstruction, and copyright infringement, amounting to racketeering under federal law.

---

5. Relief Requested

Plaintiff respectfully requests that this Court grant the following relief:

a. Compensatory damages for abuse, malpractice, wrongful arrest, and exploitation, in an amount to be determined at trial.
b. Punitive damages to deter Defendants and others from engaging in similar misconduct.
c. Injunctive relief requiring Lancaster County Prison to cease the fraudulent tablet/media scheme and halt use of bootlegged content.
d. Injunctive relief requiring reforms to prison procedures, including proper medical treatment, prohibition of forced drugging, and protections against wrongful arrest.
e. A declaration that Defendants' actions violated Plaintiff's constitutional and statutory rights.
f. Attorney's fees and costs under 42 U.S.C. § 1988.
g. Any other relief this Court deems just and proper.

Respectfully submitted,

---

Respectfully submitted,
Nicolas Squires
2038 green st Harrisburg pa 17102
717-315-0213
Plaintiff, Pro Se

Date: _____

Signature: _____

2039 Green St Harrisburg PA 17102

U.S. District Court for the Eastern District of PA
James A. Byrne U.S. Courthouse
601 Market St Room 2609
Philadelphia PA 19106

RECEIVED SEP 22 2025